**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OMAR MOHAMMED KHALIFH, *et al.*,    :
    :
        Petitioners,          :
    :
    v.                   :  Civil Action No. 05-1189 (JR)
    :
GEORGE W. BUSH, *et al.*,           :
    :
        Respondents.       :

## ORDER

The government's motion to amend the factual returns of four detainees, Dkt. #116, is granted to the extent that it pertains to petitioner Omar Mohammed Khalifh.


                                JAMES ROBERTSON
                    United States District Judge